1  MCGREGOR W. SCOTT
   United States Attorney
2  Russell L. Carlberg
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,   )   CASE NO. 2:08-MJ00304 DAD
                               )
11             Plaintiff,      )
                               )
12    v.                       )   STIPULATION AND
                               )   ORDER TO CONTINUE PRELIMINARY
13 TRICIA ANN ADAMS            )   HEARING
                               )
14                             )
               Defendant.      )
15 _____)

16

17
        The parties request that the preliminary hearing in this
18
   case, currently scheduled for September 16, 2008 at 2 p.m. before
19
   U.S. Magistrate Judge Gregory G. Hollows, be continued to
20
   September 25, 2008 at 2 p.m., as to defendant Tricia Ann Adams
21
   only.  Ms. Adams is not in custody and the parties request more
22
   time for additional investigation.
23
                                   Respectfully Submitted,
24
                                   McGREGOR W. SCOTT
25                                 United States Attorney

26

27 DATE: September 17, 2008    By:  /s/ Russell L. Carlberg
                                    Russell L. Carlberg
28                                  Assistant U.S. Attorney

                                   1

```
DATE: September 17, 2008          /s/ Russell Carlberg for*
                                  Dina Santos
                                  Attorney for Defendant


                                  **SO ORDERED.**


DATE:09/17/08                     /s/ Gregory G. Hollows
                                  _____
                                  HON. Gregory G. Hollows
                                  U.S. District Judge


adams.ord
```

* Permission to sign granted telephonically.